HARNESS, Respondent, *vs.* GREEN'S ADMINISTRATOR, Appellant.

1. A judgment of a sister state, which appears to have been rendered by the court upon a confession before the clerk in vacation, is conclusive.

*Appeal from Daviess Circuit Court.*

*Willard P. Hall*, for appellant, insisted that, as it appeared from the record that judgment was rendered in vacation, and as it was not shown what the laws of Virginia were on the subject, they would be presumed to correspond with our own.

*Gardenhire*, for respondent, contended that the record was

conclusive.    Our courts presume that the proceedings of the
courts of sister states are in accordance with their local stat-
utes.    9 Wend. 331.    9 J. R. 385.

GAMBLE, Judge, delivered the opinion of the court.

The plaintiff, Harness, exhibited a demand in the probate
court of Daviess county, against the estate of Green, deceas-
ed, which was allowed and classed, and the administrator ap-
pealed to the Circuit Court.    On the trial in the Circuit Court,
the transcript of a record from the Circuit Superior Court of
Hardy county, Virginia, showing a judgment against the intes-
tate, Green, was presented by the plaintiff, and it was objected
to by the defendant ; it was admitted by the court, and the de-
mand of the plaintiff was allowed against the estate.

1. The only question which has been presented for our con-
sideration is, whether the transcript shows a judgment by the
Virginia court.    It is alleged that, upon the transcript, the judg-
ment appears to have been rendered in the vacation of the court,
and not by the court in term.    This is to be determined by in-
spection.    The transcript shows a writ returnable to rules in
the clerk's office ; the arrest of the defendant upon the writ ;
the appearance of the defendant at the clerk's office, and a
confession of judgment by him there ; and then follows the en-
try of a judgment, which appears to be the judgment of the
court.    Its language is, " therefore it was considered by the
court that the plaintiff recover," &c.    The whole is certified as
a transcript of the record and proceedings in the cause lately
depending in the circuit superior court of law and chancery of
Hardy county, between, &c.

In looking at the transcript, we are satisfied that the judg-
ment is to be taken to be the judgment of the court rendered
upon a confession made in the clerk's office.    What the provi-
sions of the Virginia laws may be, in relation to the practice in
such cases, we cannot know, as they are not before us, and

⸺ therefore we look only at the transcript itself. The judgment of the Circuit Court is affirmed, with the concurrence of the other judges.